FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 3 0 2005 ★
P.M. _____
TIME A.M. _____

D+F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SANTOS MARTINEZ,

                Petitioner,

-against-

U.S. DEPARTMENT OF HOMELAND SECURITY,
et. al,

                Respondents.
-----------------------------------------------------------X

05 CV 2179 (ARR)(VVP)

<u>NOT FOR PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

      By petition dated May 5, 2005, petitioner Santos Martinez challenges the refusal by the United States Citizenship and Immigration Services ("USCIS") to adjudicate her August 25, 1998 application for adjustment of status. By letter dated June 13, 2005, respondents concede that USCIS erred in declining to adjudicate the application. Accordingly, respondents request that the action be remanded to USCIS to allow USCIS to consider, on the merits, petitioner's application. By letter dated June 23, 2005, petitioner, through counsel, consented to remand. The matter is hereby remanded to the USCIS. The court understands that USCIS has scheduled a hearing concerning petitioner's application for July 12, 2005, at 2:00 p.m., at the USCIS office at 26 Federal Plaza in Manhattan.

      SO ORDERED.

                                                  Allyne R. Ross
                                                  United States District Judge

Dated: June 24, 2005
       Brooklyn, New York

1

SERVICE LIST:

    Counsel for Petitioner:

    Peter E. Torres
    P.O. Box 1613
    New York, NY 10159

    Counsel for Respondents:

    Elliot M. Schachner
    Assistant U.S. Attorney, EDNY
    147 Pierrepont Street
    Brooklyn, NY 11201

cc:    Magistrate Judge Pohorelsky